UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: **09-20220 MC**

MAGISTRATE JUDGE
WHITE

IN RE: THE SEIZURE OF $13,861,190.83 FROM
WACHOVIA ACCOUNT HELD BY
OBBALUBE INVESTMENT CORP.

SEIZURE NO. 2009-5201-0000-3601

_____/

FILED by _____ D.C.

JAN 2 7 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT
S. D. of FLA. – MIAMI

## UNITED STATES' UNOPPOSED MOTION TO ENLARGE TIME IN WHICH TO FILE COMPLAINT

The United States of America ("Plaintiff"), by and through its undersigned attorney, files this

Unopposed Motion To Enlarge Time In Which To File Complaint and will show:

1.     On or about October 20, 2009, a seizure warrant was served on Wachovia Bank,

N.A., for all funds wired, from September 19 through September 25, 2008, into Wachovia Bank

Account #2000040943374, in the name of Obbalube Investment Corp.

2.     Wachovia Bank, N.A., responded to the seizure warrant by presenting the United

States with certified funds in the amount of $13,861,190.83.

3.     Obbalube Investment Corp., by communication dated October 30, 2008, filed a claim

to the seized funds and requested the institution of judicial forfeiture proceedings.    The

communication was received by the United States on October 31, 2008.

4.      Pursuant to 18 U.S.C. § 983(a)(3)(A), the government is required to file a complaint for forfeiture 90 days after a claim has been filed and, if no complaint or indictment is filed, to release the property. The statute also provides that the court may extend the time in which a complaint may be filed, for good cause shown or by agreement of the parties.[1]

5.      The deadline for filing a complaint in the above described matter is January 28, 2009, ninety days from the receipt of Obbalube's claim.

6.      Undersigned counsel and counsel for claimant, Obbalube Investment Corp., have been exploring the possibility of resolving this matter without litigation. However, additional time is necessary so that further meaningful settlement discussions can be conducted.

7.      Counsel for Obbalube Investment Corp., Jorge Diaz-Cueto, Esquire, has agreed to a two week extension, through and including February 11, 2009, for the filing of a civil forfeiture complaint.

WHEREFORE, it is prayed, that the United States' Unopposed Motion To Enlarge Time In

---

[1] 18 U.S.C. § 983(a)(3)(A) reads:
> Not later than 90 days after a claim has been filed, the Government shall file a complaint for forfeiture in the manner set forth in the Supplemental Rules for Certain Admiralty and Maritime Claims or return the property pending the filing of a complaint, except that a court in the district in which the complaint will be filed may extend the period for filing a complaint for good cause shown or upon agreement of the parties.

Which To File Complaint, be granted.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____

ALISON W. LEHR
Assistant United States Attorney
Fla. Bar No. 444537
99 N.E. 4th Street, Suite 700
Miami, Florida 33131
Tel  (305) 961-9176
Fax (305) 536-7599

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was placed in the United States mail on  this 26th day of January, 2009 to: Jorge Diaz-Cueto, Esquire, 169 E. Flagler Street, #143, Miami, Florida 33131 and was also sent by electronic transmission to Mr. Diaz-Cueto at thedroplaw@aol.com.

_____
ALISON W. LEHR
Assistant U.S. Attorney
