UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO: 09-MC-20220-UNA

IN RE: THE SEIZURE OF $13,861,190.83 FROM
WACHOVIA ACCOUNT HELD BY
OBBALUBE INVESTMENT CORP.

SEIZURE NO. 2009-5201-0000-3601
_____/

### ORDER

THIS CAUSE is before the Court upon Plaintiff's Second Unopposed Motion To Enlarge Time In Which To File Complaint and having considered this matter and being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiff's Second Unopposed Motion To Enlarge Time In Which To File Complaint is granted and Plaintiff will have through and including March 3, 2009 in which to file a complaint.

**DONE AND ORDERED** in Chambers at Miami, Florida this 11 day of FEB. 2009.

WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:  Alison W. Lehr, AUSA Fax: 305-536-7599
     Jorge Diaz Cueto, Esq. Fax: 305-373-9674